**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 11 2017 ★

BROOKLYN OFFICE

MEMORANDUM
TO THE HONORABLE RAYMOND J. DEARIE
United States District Judge

RE: MARTINEZ, Hommy
DKT: 00CR1143
**REQUEST FOR ADJOURNMENT**

Reference is made to the above-captioned offender who pending Violation of Supervised Release before Your Honor. On October 19, 2017, the offender pled guilty to Charge One and Charge Seven of the Violation of Supervised Release. The next appearance before Your Honor was scheduled for December 15, 2017.

On December 5, 2017, the offender appeared in Nassau County District Court regarding one of his pending local matters, and a sentence of ten (10) months imprisonment was imposed. The offender was taken into custody and is currently being held at Nassau County Jail in East Meadow, NY.

In discussions with the U.S. Attorney's Office, the offender will be unable to be produced in time for the December 15th appearance and we are requesting an adjournment pending the offender's release from local custody.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _Brian J. Kelly_
Brian J. Kelly
Senior U.S. Probation Officer

APPROVED BY: _____
James Bloomfield
Supervisory U.S. Probation Officer

**THE COURT ORDERS:**
☑ Adjournment GRANTED
☐ Adjournment DENIED
☐ Other

s/ RJD
_____
Signature of Judicial Officer

12/05/17
_____
Date

Case rescheduled for 9/14/18 at 10:00am.